| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Conway, Anne C | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>3/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active United States District | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Room 300<br><br>80 N. Hughey Avenue<br><br>Orlando, Fl 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |

FINANCIAL DISCLOSURE OFFICE

2005 APR 13 A 10: 08

RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | Laurel Homes, Inc. Salary |
| 2. | 2004 | Laurel Builders, Inc. Salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Ltd. Partner, Robinson Properties, Ltd. | D | Distribution | L | U | | | | | |
| 2. Merrill Lynch CMA fund | A | Interest | J | T | | | | | |
| 3. Duplex residence, rental property, Orlando, Fl | D | Rent | M | R | | | | | |
| 4. Carlton Fields profit sharing trust | | None | M | T | | | | | |
| 5. Wachovia Bank | A | Interest | J | T | | | | | |
| 6. Robinson Properties Ltd. - limited partner | D | Distribution | L | U | | | | | |
| 7. Robinson Properties Ltd- limited partner | D | Distribution | L | U | | | | | |
| 8. Diversified Software System,Inc | | None | J | W | | | | | |
| 9. Diversified Software System, Inc | | None | J | W | | | | | |
| 10. Wachovia Bank common stock | | None | K | W | | | | | see fn 1 |
| 11. Hubbel, Inc Class B common stock | B | Dividend | K | W | | | | | see fn 1 |
| 12. VF Corporation common stock | A | Dividend | K | W | | | | | see fn 1 |
| 13. Laurel Homes, Inc common stock | C | Interest | P1 | U | | | | | see fn 1 |
| 14. Arbor Properties, Inc common stock | F | Interest | | | | | | | see fn 1 |
| 15. Customer Service, Inc common stock | A | Interest | K | W | | | | | see fn 1 |
| 16. Laurel Agency, Inc. common stock | | None | K | W | | | | | see fn 1 |
| 17. Metretek, Inc common & preferred stock | | None | J | W | | | | | see fn 1 |
| 18. Johnson, Motsinger, Trismen & Sharp partnership | | None | J | W | | | | | see fn 1 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Laurel Builders, Inc common stock | | None | O | W | | | | | see fn 2 |
| 20. Schrimsher Exploration, Ltd - Ltd partner | A | Interest | J | W | | | | | see fn 1 |
| 21. Duplex rental property Orlando, Fl | D | Rent | M | R | | | | | |
| 22. Merrill Lynch IRA | | | | | | | | | see fn 2 |
| 23. Wachovia Bank - checking acct | A | Interest | | | | | | | see fn 1 |
| 24. Merrill Lynch CMA fund | C | Dividend | | | | | | | see fn 1 |
| 25. Trust income beneficial interest | B | Interest | | | | | | | see fn 1 |
| 26. Gucci, Inc common stock | A | Dividend | K | U | | | | | |
| 27. MSDW active assests account | A | Interest | K | T | | | | | |
| 28. IRA 1 MSDW Amer Opportunities B mutual fund | | None | K | T | | | | | |
| 29. IRA 2 MSDW Information Fund B mutual fund | | None | J | T | | | | | |
| 30. MSDW Japan Fund B (1) mutual fund | | None | J | T | sell | 10/22 | J | A | |
| 31. MSDW Euro Growth B mutual fund | A | Dividend | J | T | | | | | |
| 32. MSDW Div Growth B mutul fund | A | Dividend | K | T | | | | | |
| 33. IRA 1 Van Kampen Emerging Growth Mutual Fund | | none | K | T | | | | | |
| 34. Robinson Property Ltd, General partner | D | Distribution | L | U | | | | | |
| 35. Robinson Property Ltd, Limited partner | D | Distribution | L | U | | | | | |
| 36. MSDW active asset account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,000-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MSDW active asset account | A | Interest | J | T | | | | | |
| 38. MSDW Health Sciences mutual fund | | None | K | T | | | | | |
| 39. MSDW Small Cap Growth mutual fund | | None | J | T | | | | | |
| 40. MSDW Aggressive Equity B mutual fund | | None | J | T | | | | | |
| 41. MSDW American Opportunities mutual fund (1) | | None | J | T | | | | | |
| 42. Van Kampen Emerging Growth B mutual fund | | None | J | T | | | | | |
| 43. IRA 3 MSDW Health Sciences B mutual fund | | None | J | T | | | | | |
| 44. MSDW Japan Fund B (2) | | None | J | T | | | | | |
| 45. MSDW Japan Fund B (3) | | None | J | T | | | | | |
| 46. MSDW Developing GRW Securities B Fund (1) | | None | J | T | | | | | |
| 47. MSDW Developing GRW Securities B Fund (2) | | None | J | T | | | | | |
| 48. MSDW American Opportunites Fund B (2) | | None | J | T | | | | | |
| 49. MSDW American Opportunities Fund B (3) | | None | J | T | | | | | |
| 50. Van Kampen Small Cap Value B Fund (1) | | None | J | T | | | | | |
| 51. Van Kampen Small Cap Value B Fund (2) | | None | J | T | | | | | |
| 52. Oppenheimer Quest Bal Val A mutual fund (1) | | None | J | T | | | | | |
| 53. Oppenheimer Quest Bal Val A mutual fund (2) | A | Dividend | J | T | | | | | |
| 54. Oppenheimer Quest Bal Val A mutual fund (3) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Duke Energy (1) | A | Interest | J | T | sell | 5/28 | J | A | |
| 56. Duke Energy (2) | A | Interest | J | T | sell | 5/28 | J | A | |
| 57. Amex S&P 500 Index Fund (1) | A | Dividend | J | T | | | | | |
| 58. Amex S&P 500 Index Fund (2) | A | Dividend | J | T | | | | | |
| 59. PIMCO Real ReturnBond C | A | Dividend | J | T | | | | | |
| 60. PIMCO Real Return Bond C | A | Dividend | J | T | | | | | |
| 61. Discover Bank CD | A | Interest | J | T | sell | 1/17 | J | A | |
| 62. Lehman Bros CD | A | Interest | J | T | sell | 06/23 | J | A | |
| 63. Western Bank CD | A | Interest | K | T | buy | 11/05 | K | | |
| 64. Vanguard Extended Vipers | | None | J | T | buy | 2/04 | J | | |
| 65. Vanguard Extended Vipers | | None | J | T | buy | 2/04 | J | | |
| 66. Lehman Bros CD | | None | J | T | buy | 12/08 | J | | |
| 67. Fremont CD | A | Interest | J | T | buy | 7/14 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII Duplex property costing $78,891 acquired 4/1/82

Part VII Duplex property costing $78,891 acquired 4/1/82

Footnote 1: no additional information is available

Footnote 2: Estimated value used because no current information is available

Footnote 3: Trust Common stocks: Exxon-Mobile Corp, Minnesota Mining & Manufacturing, Wachovia Bank.   No additional information is available.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conway, Anne C | 3/31/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _April 7, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544